

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 05 2008

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 97-1126-CBM |
| Plaintiff, | ) | |
| v. | ) | **08 CRIM 088** |
| HOA DUC NGUYEN, <br> aka "Ah Wah," <br> aka "Hoa Ruc Nguyen," | ) | |
| Defendant. | ) | |

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE PURSUANT TO RULE 20

I, HOA DUC NGUYEN, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead GUILTY to the offenses charged, to consent

//
//
//
//
//
//



I hereby attest and certify on 1/15/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

0101

to disposition of the case in the SOUTHERN DISTRICT OF NEW YORK, in which I am held, and to waive trial in the above captioned District.

Dated: New York, New York

___11/14___, 2007

_____
HOA DUC NGUYEN
Defendant

_____
Witness

_____
Counsel for Defendant

Approved

_____
George S. Cardona
United States Attorney for the
Central District of California

_____
Michael J. Garcia
United States Attorney for the
Southern District of New York

2