

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

FILED
CLERK, U.S. DISTR

NOV 19 1997

CENTRAL DISTRICT OF CALIF

# 08 CRIM 088

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### October 1997 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 97-**1126** |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 371: Conspiracy To Export Stolen Vehicles, Transport Stolen Vehicles in Foreign Commerce, and Make False Statements; Title 18 U.S.C. § 553: Exportation of Stolen Motor Vehicles; 18 U.S.C. § 2312: Transportation of Stolen Motor Vehicles in Foreign Commerce; 18 U.S.C. § 2: Causing an Act to be Done] |
| XU DAI, a/k/a "Dai Xu"; ROSE GUANGMIN REN; WEI QING HE, a/k/a "Wennie Kang Pang", "Wen Ni Ching", "Winnie", "Ah Quing"; HOA DUC NGUYEN, a/k/a "Ah Wah", "Hoa Ruc Nguyen"; SUI MIN MA, a/k/a "Frank Ma", "Ma-Gor", "Dai Lo", "Da-Gor"; BING DAI; and XILIANG DAI, | |
| Defendants. | |

The Grand Jury charges:

I hereby attest and certify on 1/15/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S.
CENTRAL DISTRICT
By _____ Deputy

0101

ENTER ON ICMS
NOV 24 1997

AC/CDJ:ac/cdj

COUNT ONE

[18 U.S.C. §§ 371 and 2]

A.    **THE CONSPIRACY**

1.    At all times material herein, pursuant to Title 13, United States Code, section 301; and Title 15, Code of Federal Regulations, sections 30.1 to 30.16, the United States required individuals exporting commodities from the United States to foreign countries to file Shipper's Export Declarations ("SEDs").

2.    Beginning on a date unknown to the Grand Jury but at least in or about April, 1994, and continuing up to and including March 28, 1996, both dates being approximate and inclusive, in the Central District of California and elsewhere, the defendants XU DAI, ROSE GUANGMIN REN, WEI QING HE, HOA DUC NGUYEN, SUI MIN MA, XILIANG DAI, BING DAI, and others known and unknown to the Grand Jury, did wilfully and knowingly combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury (hereafter collectively "co-conspirators") to commit the following offenses:

(a)    to knowingly export motor vehicles, knowing them to have been stolen, in violation of Title 18, United States Code, Section 553(a)(1);

(b)    to unlawfully transport in foreign commerce, stolen motor vehicles, from the state of California to the Peoples' Republic of China, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2312;

(c)    to knowingly and willfully make and use, and cause to

2

be made and used, a false writing and document knowing the same to contain a false and fictitious material statement in a matter within the jurisdiction of the United States Customs Service, an agency of the United States, in violation of Title 18, United States Code, Section 1001.

B.   MANNER AND MEANS OF THE CONSPIRACY

Among the manner and means employed by the defendants and their co-conspirators to carry out the conspiracy were the following:

1.   Automobiles were stolen from legal owners residing in the State of California and elsewhere.

2.   The stolen automobiles included late model luxury cars such as Lincoln Towncars, Mercedes Benzes, Lexuses, and BMWs.

3. The defendants transported and caused to be transported the stolen automobiles to staging areas to prepare them for export.

4. The defendants shipped and caused to be shipped the stolen automobiles to the Peoples' Republic of China by sea in containers.

5. The defendants caused the description on the required Shipper's Export Declarations to falsely reflect commodities other than automobiles, which was then filed with the United States Customs Service.

6.   The defendants knew that the containers held stolen automobiles, not the commodities described on the Shipper's Export Declarations.

3

C.    <u>ROLES IN THE CONSPIRACY</u>

The defendants performed various roles in furtherance of the conspiracy, including, but not limited to, the following:

1.    Defendant XU DAI, along with WEI QING HE, was an organizer of the conspiracy.  XU DAI arranged for the cleaning of stolen automobiles and the delivery of the stolen automobiles to various warehouses, gave instructions for loading the stolen automobiles behind other commodities for shipping to the Peoples' Republic of China, and gave instructions for manifesting the shipment as other commodities on the shipping documents.

2.    Defendant WEI QING HE, an organizer of the conspiracy, was responsible for the financial aspects of the conspiracy, including withdrawing money from the bank after funds were wired from overseas, and paid drivers to drive stolen cars to the warehouses.

3.    Defendant ROSE GUANGMIN REN, an assistant to Defendant XU DAI, received stolen automobiles from other co-conspirators who delivered them, and drove the stolen automobiles to various warehouses for shipping to the Peoples' Republic of China.  She also arranged for shipping the stolen cars to the Peoples' Republic of China, including giving instructions to load the stolen automobiles behind other commodities to manifest the shipment as other commodities on the shipping documents.

4.    Defendant HOA DUC NGUYEN was a supplier of stolen automobiles to the conspiracy for export.  He also recruited and paid drivers to assist in the transporting of stolen cars.

4

5.    Defendant SUI MIN MA was the "boss" over defendants XU DAI, WEI QING HE, HOA DUC NGUYEN, and others.  These co-conspirators reported to him and he advised them in their activities.

6.    Defendant BING DAI, brother of defendant XU DAI, arranged for the services of an exporter to ship automobiles hidden behind other commodities and falsely manifested as other commodities on the shipping documents.

7.    Defendant XILIANG DAI, father of defendant XU DAI, purchased motor oil which was used to hide stolen automobiles being shipped to the Peoples' Republic of China.  He also asked for advice from an exporter about recovery of lost merchandise after stolen automobiles shipped by Defendant XU DAI failed to arrive in the Peoples' Republic of China.

D.    OVERT ACTS

In furtherance of the conspiracy and in order to accomplish its objectives, within the Central District of California and elsewhere, the following overt acts, among others, were committed:

1.    In or about April or May of 1994, in Los Angeles County, California, Defendant BING DAI asked an exporter of automobiles, known to the grand jury, for assistance in shipping motor vehicles to the Peoples' Republic of China while avoiding duty payments in the Peoples' Republic of China by hiding the cars inside false compartments in the shipping containers, placing cases of motor oil in such a manner so as to hide the

cars from view during an inspection of the contents of the container, and mismanifesting the contents of the container by stating that the shipping container only contained motor oil.

2.    In or about May, 1994, in Los Angeles County, California, Defendants BING DAI and XU DAI met with the exporter and negotiated for the cost of exporting to the Peoples' Republic of China motor vehicles provided by the defendants, which were to be hidden behind motor oil and manifested as motor oil.

3.    In or about October or November, 1994, in San Gabriel, California, Defendant XU DAI told the sales executive of a warehouse at 1417 S. Eastman Avenue, Los Angeles, California, that he was interested in shipping automobiles out of the United States and asked for assistance in preparing shipping documents and loading containers.

4.    For each shipment of vehicles to be exported, Defendants XU DAI and ROSE REN instructed the warehouse employees to mismanifest the shipping documents to indicate the contents as commodity other than vehicles.

5.    For each shipment of vehicles to be exported, Defendant ROSE REN arranged for the delivery of commodities such as laundry detergent and motor oil to the warehouse.

6.    Defendants XU DAI and ROSE REN instructed the warehouse manager and his staff to load and secure the cars inside the shipping containers and construct a false wall, before which was to be placed the commodity to be manifested, thus giving the appearance that the entire container was filled with the other

commodity; and to ship the containers to the Peoples' Republic of China by sea.

7.    In or about early 1994, Defendant HOA DUC NGUYEN asked an individual known to the grand jury if he wanted to make some money by driving stolen cars.

8.    During 1994 and 1995, Defendant HOA DUC NGUYEN instructed the individual known to the grand jury to drive cars which had been previously left at the parking lot of a restaurant at Garvey and Del Mar streets to a warehouse located at 1417 S. Eastman Blvd, which was known as "Wennie's warehouse."

9.    Defendant ROSE REN received the car keys from the individual known to the grand jury.

10.    In or about September, 1995, Defendant XILIANG DAI asked an exporter for advice regarding a shipment of automobiles destined for the Peoples' Republic of China, which he knew to have had been improperly manifested by his son, XU DAI, to indicate that they contained only baby diapers, when in fact automobiles were hidden inside the containers, behind false facades that contained baby diapers, and which, when the shipping containers arrived in the Peoples' Republic of China, were empty.

11.    In or about October, 1995, Defendant XILIANG DAI asked an exporter to buy 40 cases of engine oil for him.

12.    On or about October 16, 1994, from the port of Long Beach, California, the co-conspirators caused to be exported and transported in foreign commerce a stolen 1994 Lincoln Towncar, VIN 1LNLM81WXRY743097, and a stolen 1994 Lincoln Towncar, VIN

VIN 1LNLM81WXRY743097, and a stolen 1994 Lincoln Towncar, VIN 1LNLM81W4RY741278.

13.   On or about October 23, 1994, from the port of Long Beach, California, the co-conspirators caused to be exported and transported in foreign commerce a stolen 1995 Lexus SC400, VIN JT8UZ30C5S0043818, and a stolen 1994 Lincoln Towncar, VIN 1LNLM81W7RY722059.

14.   On or about October 30, 1994, from the port of Long Beach, California, the co-conspirators caused to be exported and transported in foreign commerce a stolen 1995 Chevrolet Corvette, VIN 1G1YY22P7S5104209.

15.   On or about December 28, 1994, from the port of Long Beach, California, the co-conspirators caused to be exported and transported in foreign commerce a stolen 1994 Mercedes Benz S420, VIN WDBGA51E9RA159561; a stolen 1995 Mercedes Benz S420, VIN WDBGA43E8SA217429; a stolen 1995 Mercedes Benz E500, VIN WDBGA51E9RA184363; and a stolen 1995 Mitsubishi 3000GT, VIN JA3AN74KXSY003050.

16.   On or about January 9, 1995, from the port of Long Beach, California, the co-conspirators caused to be exported and transported in foreign commerce a stolen 1995 Lincoln Towncar, VIN 1LNLM81W2SY657594 and a stolen 1995 Lincoln Towncar, VIN 1LNLM81W8SY645398.

17.   Between on or about April 6, 1995, and April 7, 1995, from the port of Long Beach, California, the co-conspirators attempted to export and transport in foreign commerce a stolen

8

1995 Cadillac Brougham, VIN 1G6DW52P6RR712547 and a stolen 1995
BMW 740I, VIN WBAGF6324SDH03688.

18.   On or about April 24, 1995, from the port of Long
Beach, California, the co-conspirators caused to be exported and
transported in foreign commerce a stolen 1995 Mercedes Benz S420,
VIN WDBGA43EXRA182516; a stolen 1993 Lexus GS300, VIN
JT8JS47E3P0046907; and a stolen 1994 BMW 325I, VIN
WBABF3329REF48519.

19.   On or about April 26, 1995, from the port of Long
Beach, California, the co-conspirators caused to be exported and
transported in foreign commerce a stolen 1995 BMW 525I, VIN
WBAHD6321SGK52029; a stolen 1995 BMW 325I, VIN WBABJ6327SJD40250;
a stolen 1995 BMW 740I, VIN WBAGF6328SDH02768; a stolen 1995
Mercedes Benz S320, VIN WDBGA33E7SA192209; and a stolen 1995
Mercedes Benz E320, VIN WDBEA32E9SC160505.

20.   Between on or about April 21, to April 27, 1995, from
the port of Long Beach, California, the co-conspirators attempted
to export and transport in foreign commerce a stolen 1995
Mercedes Benz SL320, VIN WDBFA63E7SF110429.

21.   On or about August 13, 1995, from the port of Long
Beach, California, the co-conspirators caused to be exported and
transported in foreign commerce a stolen 1995 Lexus LS400, VIN
JT8UF22EXS0034310; a stolen 1995 Lexus LS400, VIN
JT8UF22E3S0034231; a stolen 1995 Mercedes Benz S500, VIN
WDBGA70E5SA272233; and a stolen 1995 Mercedes Benz S500, VIN
WDBGA70E3SA272179.

9

22. On or about August 18, 1995, from the port of Long Beach, California, the co-conspirators attempted to export and transport in foreign commerce a stolen 1995 Jaguar XJ-6, VIN SAJHX1740SC736971, and a stolen 1995 Jaguar XJ-6, VIN SAJNX5743SC199720.

23. On or about October 5, 1995, from the port of Long Beach, California, the co-conspirators caused to be exported and transported in foreign commerce a stolen 1995 Mercedes Benz S320, VIN WDBGA32E5SA259519.

24. Between on or about March 13, 1996, and March 14, 1996, from the port of Long Beach, California, the co-conspirators attempted to export and transport in foreign commerce a stolen 1996 Toyota Landcruiser, VIN JT3HJ85J3T0129746.

25. On or about March 27, 1996, from the port of Long Beach, California, the co-conspirators attempted to export and transport in foreign commerce a stolen 1996 Lexus LS400, VIN JT8BH22F3T0044947.

26. On or about March 18, 1996, Defendants SUI MIN MA and XU DAI engaged in a telephone conversation in which Defendant MA said that Defendant HOA DUC NGUYEN reported he had four cars waiting and was nervous about people losing their trust in him, to which Defendant XU DAI replied that he was also uneasy and that once money from his family arrived as expected, he would turn them around right away.

27. On or about March 26, 1996, Defendants XU DAI and WEI QING HE engaged in a telephone conversation in which Defendant HE

reported the bank's limitation on the funds she could withdraw because the amount they were expecting had not all been wired over yet, and Defendant DAI asked Defendant HE to withdraw more from the bank the next day.

28.   On or about March 27, 1996, Defendants HOA DUC NGUYEN and WEI QING HE engaged in a telephone conversation in which Defendant NGUYEN complained that she had not given him enough money for the "thing" yet, to which Defendant HE responded that she had to go to two branches to get it.

On or about the dates listed, the co-conspirators caused to be filed Shipper's Export Declarations which described the contents of the containers as listed below, knowing that the containers actually held the vehicles listed below:

| OA | DATE OF SED | FALSE STATEMENT | ACTUAL CONTENT – MODEL & VIN | |
|---|---|---|---|---|
| 29. | 10-16-94 | 1,600 cases motor oil | 1994 Linc. Towncar, 1994 Linc. Towncar, | 1LNLM81WXRY743097 1LNLM81W4RY741278 |
| 30. | 10-23-94 | 1,600 cases motor oil | 1995 Lexus SC400, 1994 Linc. Towncar, | JT8UZ30C5S0043818 1LNLM81W7RY722059 |
| 31. | 10-30-94 | 1,600 cases motor oil | 1995 Chev. Corvette, | 1G1YY22P7S5104209 |
| 32. | 12-28-94 | 1,600 cases coolant | 1994 Merc.Benz S420, 1995 Merc.Benz S420, 1995 Merc.Benz E500, 1995 Mitsubi. 3000GT, | WDBGA51E9RA159561 WDBGA43E8SA217429 WDBGA51E9RA184363 JA3AN74KXSY003050 |
| 33. | 1-9-95 | 1,600 cases motor oil | 1995 Linc. Towncar, 1995 Linc. Towncar, | 1LNLM81W2SY657594 1LNLM81W8SY645398 |
| 34. | 4-17-95 | 800 bckts detergent | 1995 Cad. Brougham, 1995 BMW 740I, | 1G6DW52P6RR712547 WBAGF6324SDH03688 |
| 35. | 4-24-95 | 80,000 lbs synthetic resin | 1995 Merc.Benz S420, 1993 Lexus GS300, 1994 BMW 325I, | WDBGA43EXRA182516 JT8JS47E3P0046907 WBABF3329REF48519 |

11

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | | | | | |
|---|---|---|---|---|---|
| 36. | 4-26-95 | 1,500 bckts detergent | 1995 BMW 525I, | | WBAHD6321SGK52029 |
| | | | 1995 BMW 325I, | | WBABJ6327SJD40250 |
| | | | 1995 BMW 740I, | | WBAGF6328SDH02768 |
| | | | 1995 Merc.Benz S320, | | WDBGA33E7SA192209 |
| | | | 1995 Merc.Benz E320, | | WDBEA32E9SC160505 |
| 37. | 4-30-95 | 550 bckts detergent | 1995 Merc.Benz SL320, | | WDBFA63E7SF110429 |
| 38. | 8-13-95 | 1,800 bttls lube oil | 1995 Lexus LS400, | | JT8UF22EXS0034310 |
| | | | 1995 Lexus LS400, | | JT8UF22E3S0034231 |
| | | | 1995 Merc.Benz S500, | | WDBGA70E5SA272233 |
| | | | 1995 Merc.Benz S500, | | WDBGA70E3SA272179 |
| 39. | 10-5-95 | 1,600 ctns motor oil | 1995 Merc.Benz S320, | | WDBGA32E5SA259519 |
| 40. | 3-17-96 | 4,000 lbs resin | 1996 Toyota Landcruiser, | | JT3HJ85J3T0129746 |

12

COUNTS TWO THROUGH THIRTY-TWO

[18 U.S.C. § 553(a)(1) and 2]

Sections B, C, and D of Count One of this Indictment are incorporated by reference and realleged as if fully set forth here.

On or about the dates listed below in Counts 2 through 32, in the Central District of California and elsewhere, defendants XU DAI, ROSE GUANGMIN REN, WEI QING HE, and HOA DUC NGUYEN, SUI MIN MA, XILIANG DAI, and BING DAI did knowingly export and attempt to export and cause the export and attempted export from the United States to the Peoples' Republic of China the listed motor vehicle, knowing the motor vehicle to have been stolen, in violation of Title 18, United States Code, Sections 553(a)(1) and 2.

| COUNT | DATE OF EXPORT | MODEL OF CAR | VIN |
|---|---|---|---|
| 2 | Oct. 16, 1994 | 1994 Lincoln Towncar | 1LNLM81WXRY743097 |
| 3 | Oct. 16, 1994 | 1994 Lincoln Towncar | 1LNLM81W4RY741278 |
| 4 | Oct. 23, 1994 | 1995 Lexus SC400 | JT8UZ30C5S0043818 |
| 5 | Oct. 23, 1994 | 1994 Lincoln Towncar | 1LNLM81W7RY722059 |
| 6 | Oct. 30, 1994 | 1995 Chevrolet Corvette | 1G1YY22P7S5104209 |
| 7 | Dec. 28, 1994 | 1994 Mercedes Benz S420 | WDBGA51E9RA159561 |
| 8 | Dec. 28, 1994 | 1995 Mercedes Benz S420 | WDBGA43E8SA217429 |
| 9 | Dec. 28, 1994 | 1995 Mercedes Benz E500 | WDBGA51E9RA184363 |
| 10 | Dec. 28, 1994 | 1995 Mitsubishi 3000GT | JA3AN74KXSY003050 |
| 11 | Jan. 9, 1995 | 1995 Lincoln Towncar | 1LNLM81W2SY657594 |
| 12 | Jan. 9, 1995 | 1995 Lincoln Towncar | 1LNLM81W8SY645398 |

| 13 | Apr. 17, 1995 | 1995 Cadillac Brougham | 1G6DW52P6RR712547 |
| 14 | Apr. 17, 1995 | 1995 BMW 740I | WBAGF6324SDH03688 |
| 15 | Apr. 24, 1995 | 1995 Mercedes Benz S420 | WDBGA43EXRA182516 |
| 16 | Apr. 24, 1995 | 1993 Lexus GS300 | JT8JS47E3P0046907 |
| 17 | Apr. 24, 1995 | 1994 BMW 325I | WBABF3329REF48519 |
| 18 | Apr. 26, 1995 | 1995 BMW 525I | WBAHD6321SGK52029 |
| 19 | Apr. 26, 1995 | 1995 BMW 325I | WBABJ6327SJD40250 |
| 20 | Apr. 26, 1995 | 1995 BMW 740I | WBAGF6328SDH02768 |
| 21 | Apr. 26, 1995 | 1995 Mercedes Benz S320 | WDBGA33E7SA192209 |
| 22 | Apr. 26, 1995 | 1995 Mercedes Benz E320 | WDBEA32E9SC160505 |
| 23 | Apr. 30, 1995 | 1995 Mercedes Benz SL320 | WDBFA63E7SF110429 |
| 24 | Aug. 13, 1995 | 1995 Lexus LS400 | JT8UF22EXS0034310 |
| 25 | Aug. 13, 1995 | 1995 Lexus LS400 | JT8UF22E3S0034231 |
| 26 | Aug. 13, 1995 | 1995 Mercedes Benz S500 | WDBGA70E5SA272233 |
| 27 | Aug. 13, 1995 | 1995 Mercedes Benz S500 | WDBGA70E3SA272179 |
| 28 | Aug. 18, 1995 | 1995 Jaguar XJ-6 | SAJHX1740SC736971 |
| 29 | Aug. 18, 1995 | 1995 Jaguar XJ-6 | SAJNX5743SC199720 |
| 30 | Oct. 5, 1995 | 1995 Mercedes Benz S320 | WDBGA32E5SA259519 |
| 31 | Mar. 17, 1996 | 1996 Toyota Landcruiser | JT3HJ85J3T0129746 |
| 32 | Mar. 25, 1996 | 1996 Lexus LS400 | JT8BH22F3T0044947 |

14

COUNTS THIRTY-THREE THROUGH FIFTY-SIX

[18 U.S.C. §§ 2312 and 2]

Sections B, C, and D of Count One of this Indictment are incorporated by reference and realleged as if fully set forth here.

On or about the dates listed below in Counts 33 through 58, in the Central District of California and elsewhere, defendants XU DAI, ROSE GUANGMIN REN, WEI QING HE, and HOA DUC NGUYEN, SUI MIN MA, XILIANG DAI, and BING DAI did unlawfully transport and cause to be transported in foreign commerce the listed motor vehicles from the State of California to the Peoples' Republic of China, knowing the same to have been stolen, in violation of Title 18, United States Code Sections 2312 and 2.

| COUNT | DATE OF EXPORT | MODEL OF CAR | VIN |
|-------|----------------|--------------|-----|
| 33 | Oct. 16, 1994 | 1994 Lincoln Towncar | 1LNLM81WXRY743097 |
| 34 | Oct. 16, 1994 | 1994 Lincoln Towncar | 1LNLM81W4RY741278 |
| 35 | Oct. 23, 1994 | 1995 Lexus SC400 | JT8UZ30C5S0043818 |
| 36 | Oct. 23, 1994 | 1994 Lincoln Towncar | 1LNLM81W7RY722059 |
| 37 | Oct. 30, 1994 | 1995 Chevrolet Corvette | 1G1YY22P7S5104209 |
| 38 | Dec. 28, 1994 | 1994 Mercedes Benz S420 | WDBGA51E9RA159561 |
| 39 | Dec. 28, 1994 | 1995 Mercedes Benz S420 | WDBGA43E8SA217429 |
| 40 | Dec. 28, 1994 | 1995 Mercedes Benz E500 | WDBGA51E9RA184363 |
| 41 | Dec. 28, 1994 | 1995 Mitsubishi 3000GT | JA3AN74KXSY003050 |
| 42 | Jan. 9, 1995 | 1995 Lincoln Towncar | 1LNLM81W2SY657594 |
| 43 | Jan. 9, 1995 | 1995 Lincoln Towncar | 1LNLM81W8SY645398 |
| 44 | Apr. 24, 1995 | 1995 Mercedes Benz S420 | WDBGA43EXRA182516 |

15

| | | | |
|---|---|---|---|
| 45 | Apr. 24, 1995 | 1993 Lexus GS300 | JT8JS47E3P0046907 |
| 46 | Apr. 24, 1995 | 1994 BMW 325I | WBABF3329REF48519 |
| 47 | Apr. 26, 1995 | 1995 BMW 525I | WBAHD6321SGK52029 |
| 48 | Apr. 26, 1995 | 1995 BMW 325I | WBABJ6327SJD40250 |
| 49 | Apr. 26, 1995 | 1995 BMW 740I | WBAGF6328SDH02768 |
| 50 | Apr. 26, 1995 | 1995 Mercedes Benz S320 | WDBGA33E7SA192209 |
| 51 | Apr. 26, 1995 | 1995 Mercedes Benz E320 | WDBEA32E9SC160505 |
| 52 | Aug. 13, 1995 | 1995 Lexus LS400 | JT8UF22EXS0034310 |
| 53 | Aug. 13, 1995 | 1995 Lexus LS400 | JT8UF22E3S0034231 |
| 54 | Aug. 13, 1995 | 1995 Mercedes Benz S500 | WDBGA70E5SA272233 |
| 55 | Aug. 13, 1995 | 1995 Mercedes Benz S500 | WDBGA70E3SA272179 |
| 56 | Oct. 5, 1995 | 1995 Mercedes Benz S320 | WDBGA32E5SA259519 |

A TRUE BILL

_Kathy Rashail_
Foreperson

NORA M. MANELLA
United States Attorney

_John S Gordon_
JOHN S. GORDON
Assistant United States Attorney
Acting Chief, Criminal Division

JAMES P. WALSH
Assistant United States Attorney
Chief, Organized Crime Strike Force Section

16

PASPRT

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:97-cr-01126-CBM-4

Case title: USA v. Dai, et al

Date Filed: 11/19/1997
Date Terminated: 11/28/2007

Assigned to: Judge Consuelo B. Marshall

**Defendant**

**Hoa Duc Nguyen** (4)
*TERMINATED: 11/28/2007*
*also known as*
Ah Wah (4)
*TERMINATED: 11/28/2007*
*also known as*
Hoa Ruc Nguyen (4)
*TERMINATED: 11/28/2007*

**Pending Counts**                                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                       **Disposition**

18:371: CONSPIRACY TO
EXPORT STOLEN VIHICLES,              Consent to Transfer, Rule 20 to
TRANSPORT STOLEN                     Southern District of New York,
VEHICLES IN FOREIGN                  NY
COMMERCE, AND MAKE
FALSE STATMENTS; 18:2:
CAUSING AN ACT TO BE

DONE
(1)

18:553: EXPORTATION OF
STOLEN MOTOR VEHICLES;
18:2: CAUSING AN ACT TO BE
DONE
(2-32)

Consent to Transfer, Rule 20 to
Southern District of New York,
NY

18:2312: TRANSPORTATION
OF STOLEN MOTOR
VEHICLES IN FOREIGN
COMMERCE; 18:2: CAUSING
AN ACT TO BE DONE
(33-56)

Consent to Transfer, Rule 20 to
Southern District of New York,
NY

**Highest Offense Level**
**(Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**                    represented by **Craig H Missakian**
                           AUSA - Office of US Attorney
                           Criminal Div - US Courthouse
                           312 N Spring St, 12th Floor
                           Los Angeles, CA 90012-4700
                           213-894-2434
                           Email:
                           USACAC.Criminal@usdoj.gov
                           *LEAD ATTORNEY*
                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/1997 | 1 | INDICTMENT filed against Xu Dai (1) count(s) 1, 2-32, 33-56, Rose Guangmin Ren (2) count(s) 1, 2-32, 33-56, Wei Qing He (3) count(s) 1, 2-32, 33-56, Hoa Duc Nguyen (4) count(s) 1, 2-32, 33-56, Sui Min Ma (5) count(s) 1, 2-32, 33-56, Bing |

| | | |
|---|---|---|
| | | Dai (6) count(s) 1, 2-32, 33-56, Xiliang Dai (7) count(s) 1, 2-32, 33-56 filed by AUSA Chris Johnson. Offense occurred in LA. (dm) (Entered: 11/24/1997) |
| 11/19/1997 | 5 | CASE SUMMARY filed by AUSA Chris Johnson, attorney for USA, as to Hoa Duc Nguyen . Defendant's date of birth: 11/4/66. (dm) (Entered: 11/24/1997) |
| 11/19/1997 | | BENCH WARRANT issued for Hoa Duc Nguyen by Magistrate Judge Stephen J. Hillman Court orders Hoa Duc Nguyen detained. (dm) (Entered: 11/24/1997) |
| 11/19/1997 | 9 | CONFLICT OF INTEREST CERTIFICATION filed as to Xu Dai, Rose Guangmin Ren, Wei Qing He, Hoa Duc Nguyen, Sui Min Ma, Bing Dai, Xiliang Dai . (dm) (Entered: 11/24/1997) |
| 11/19/1997 | 10 | GENERAL CONFLICT OF INTEREST CERTIFICATION filed as to Xu Dai, Rose Guangmin Ren, Wei Qing He, Hoa Duc Nguyen, Sui Min Ma, Bing Dai, Xiliang Dai . (dm) (Entered: 11/24/1997) |
| 11/19/1997 | 11 | MEMORANDUM filed by USA as to Xu Dai, Rose Guangmin Ren, Wei Qing He, Hoa Duc Nguyen, Sui Min Ma, Bing Dai, Xiliang Dai . This criminal action, being filed on 11/19/97, was not pending in the U.S. Attorney's Office before 11/2/92, the date on which U.S. District Judge Lourdes G. Baird began receiving criminal matters. (dm) (Entered: 11/24/1997) |
| 08/18/1998 | 25 | ENDORSED ORDER signed by Judge Consuelo B. Marshall as to Xu Dai granting request [25-1]. Sentence hearing cont to 1:30 pm on 10/5/98. (xemp) (Entered: 08/20/1998) |
| 01/22/1999 | 29 | RECEIPT for Transcripts of proceedings held on: 10/5/98 C/R: Carmen Reyes (app) (Entered: 01/26/1999) |
| 12/02/2002 | 35 | MINUTES OF POST-INDICTMENT ARRAIGNMENT HEARING held before Magistrate Judge Paul L. Abrams as to Sui Min Ma : Reassigning case to Judge Consuelo B. Marshall. Sui Min Ma (5) count(s) 1, 2-32, 33-56 arraigned and states true name as charged. DFPD Attorney Mary Kelly, S/A for Guy C Iversen appointed. First appearance of Sui Min Ma entered. Plea not guilty entered by Sui Min Ma (5) count(s) 1, 33-56. Jury trial set for 10:00 a.m., on 1/21/03 for Sui Min Ma. Tape No.: 02-49 (ca) (Entered: 12/04/2002) |
| | | |

| | | |
|---|---|---|
| 02/10/2004 | 61 | EX PARTE APPLICATION filed by USA as to Xu Dai, Rose Guangmin Ren, Wei Qing He, Hoa Duc Nguyen, Sui Min Ma, Bing Dai, Xiliang Dai for an order permitting disclosure of wire communications and related pleadings Lodged Order (es) (Entered: 02/11/2004) |
| 02/11/2004 | 62 | ORDER filed by Judge Consuelo B. Marshall as to Xu Dai, Rose Guangmin Ren, Wei Qing He, Hoa Duc Nguyen, Sui Min Ma, Bing Dai, Xiliang Dai : granting ex parte application motion for an order permitting disclosure of wire communications and related pleadings [61-1] (cc: all counsel) (es) (Entered: 02/13/2004) |
| 01/23/2006 | 74 | MINUTES OF POST-INDICTMENT ARRAIGNMENT HEARING held before Magistrate Judge Jeffrey W. Johnson as to Xiliang Dai : Case previously assigned to Judge Consuelo B. Marshall . Xiliang Dai (7) count(s) 1, 2-32, 33-56 arraigned and states true name Xi Liang Dai. First appearance of Xiliang Dai entered. Plea guilty entered by Xiliang Dai (7) count(s) 1, 2-32, 33-56 . Jury trial set for 10:00 a.m., on 3/14/06 for Xiliang Dai . No.: 1/23/06 (ca) (Entered: 01/26/2006) |
| 11/28/2007 | 116 | AMENDED DOCUMENT filed by Plaintiff USA as to Defendant Hoa Duc Nguyen *CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO RULE 20* (Missakian, Craig) (Entered: 11/28/2007) |
| 11/28/2007 | 117 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York, NY. Counts closed as to Hoa Duc Nguyen (4) Count 1,2-32,33-56. (Attachments: # 1 Rule 20 Transfer) (lom) (Entered: 01/15/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/15/2008 17:05:46 | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:97-cr-01126-CBM |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN  DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

January 15, 2008

**EASTERN  DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Re:    Transfer of Our Case No.  CR 97-1126  CBM

       Case Title:  USA V.  Hoa Duc Nguyen, aka "Ah Wah," aka "Hoa Ruc Nguyen,"

Dear Sir/Madam:

Pursuant to ☒ Rule 20 / ☐ Rule 21 of the Federal Rules of Criminal Procedure, we are enclosing the following:

   1.  Consent/Order to Transfer
       a.  ☒       Original Consent of Defendant
       b.  ☐       Certified copy of minute order directing transfer
       c.  ☐       Order approving consent to transfer
   2.  ☒  Certified copy of the Indictment/Information
   3.  ☐  Certified copy of the Order Granting Change of Venue
   4.  ☒  Certified copy of docket sheet
   5.  ☐  Certified copy of entire file
   6.  Bond:
       a.  ☐       Original bond enclosed, OR
       b.  ☐       Original bond to be forwarded by our Fiscal Department; and
   7.  ☐  Defendant's passport No. _____
   8.  ☐  Not for public view document (pursuant to Judicial Conference Policy)
   7.  ☐  Other _____

Please acknowledge receipt of the above-noted items on the copy of this letter and return to us.

Sincerely,

Clerk, U.S. District Court

By  Lori Muraoka
    Deputy Clerk

cc:  *US Attorney - Los Angeles & Receiving District*
     *CRD to Judge  Consuelo B. Marshall*

---

**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above and assigned case number: _____

Clerk, U.S. District Court

By _____
Deputy Clerk

_____
Date

---