

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2008

**By Hand Delivery**

The Honorable Deborah A. Batts
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007



    Re:   **United States v. Hoa Duc Nguyen**
           **S9 03 Cr. 734 (DAB)**
           **07 Cr. 1112 (DAB)**
           **07 Cr. 1121 (DAB)**
           **07 Cr. 1122 (DAB)**

           **United States v. Hoa Duc Nguyen**
           **08 Cr. 88 (JGK)**

Dear Judge Batts and Judge Koeltl:

       The Government respectfully submits this letter to advise the Court that the above-captioned matter assigned docket number 08 Cr. 88 (JGK) and assigned to Judge Koeltl was recently transferred to the Southern District of New York from the Central District of California pursuant to Fed. R. Crim. P. 20, and to request that it be consolidated with existing criminal matters before Judge Batts.

       The defendant charged in Indictment 08 Cr. 88 (JGK), Hoa Duc Nguyen, has already pled guilty to criminal charges filed in the Southern District of New York (charged in Information S9 03 Cr. 734 (DAB)) and is awaiting sentencing before Judge Batts. Pursuant to Nguyen's plea agreement with the Government, Nguyen agreed to the transfer of several additional criminal cases pending against him in other districts to the Southern District of New York for the purpose of entering guilty pleas. As a result, the three above-captioned cases bearing 2007 docket numbers were transferred from the Northern District of California to the Southern District of New York, and eventually reassigned to Judge Batts for purposes of plea and sentencing.

The Honorable Deborah A. Batts
The Honorable John G. Koeltl
February 7, 2008
Page 2 of 2

DAB/
    For the same reasons, the Government respectfully requests that Indictment 08 Cr. GRANTED
88 (JGK) be reassigned from Judge Koeltl to Judge Batts.
02/13/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

Cc (by facsimile):    Anthony Ricco, Esq.
                      Edward Wilford, Esq.

SO ORDERED
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE